IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 18-CR-109 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| ANDREY SHUKLIN, et al., | : | <u>ORDER</u> |
| | : | |
| Defendants. | : | |
| | : | |

Upon the Government's Motion to Amend the Post-Indictment Restraining Order and Return Customer Goods, and for the reasons set forth in that motion, the Court grants the Government's motion as follows:

IT IS ORDERED that agents for the United States Department of Transportation ("USDOT") may coordinate with the landlord or other representative of the leasing companies to enter the premises and identify customers whose goods are located in the following warehouse locations:

    a. 17600 Williams Street, Suite 1, Thornton, Illinois 60476;

    b. 1117 Wilso Drive, Baltimore, Maryland 21223;

    c. 724 Montana Drive, Suite A, Charlotte, North Carolina 28216;

    d. 5150 and 5154 Duff Drive, West Chester, Ohio 45246;

    e. 1 Shoreline Drive, Unit 4, Guilford, Connecticut 06437;

    f. 1600 Raley Court, Suite 20, West Sacramento, California 95691;

IT IS ORDERED that agents for the USDOT may coordinate with the landlord or other representative of the leasing companies affiliated with these warehouses and facilitate the return of customer property from the warehouse locations listed above by entering the warehouses and

permitting individuals identified by the USDOT as the owners of the household goods to retrieve their household goods from these locations.

IT IS ORDERED that the Post-Indictment Restraining Order dated July 27, 2018 is hereby amended to lift the restraining order as to 2802 North 29th Avenue, Hollywood, Florida 33020, effective immediately.

IT IS ORDERED that the July 27, 2018 Post-Indictment Restraining Order shall otherwise remain effective as set forth in that Order.

\_\_\_9/11/2018_____  _____
DATE  THE HONORABLE TIMOTHY S. BLACK
United States District Judge
Southern District of Ohio