UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO.  1:18-CR-109 (2) |
| | : | |
| vs. | : | |
| | : | Honorable Timothy S. Black |
| | : | |
| SERGHEI VERLAN, et al. | : | |

## GOVERNMENT'S MOTION FOR
## UNSEALING OF ARREST WARRANT

The United States of America, by and through undersigned counsel, respectfully moves for an order unsealing the arrest warrant for Defendant Serghei Verlan under the above case number for the purpose of permitting the Government to disclose the arrest warrant to government personnel, including those of a foreign government, as necessary to assist in the extradition of the Defendant to the United States.

Respectfully Submitted,

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY


*s/ Matthew C. Singer*
MATTHEW C. SINGER
MEGAN L. GAFFNEY
Assistant United States Attorneys
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Government's Motion for Unsealing of Arrest Warrant* has been electronically filed via the Court's CM/ECF system this 29th day of October, 2018, and has been electronically served upon all counsel of record.

*s/ Matthew C. Singer*
MATTHEW C. SINGER
Assistant United States Attorney