UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 1:18-CR-109 (2) |
| | : |
| vs. | : |
| | : Honorable Timothy S. Black |
| | : |
| SERGHEI VERLAN, et al. | : |

**ORDER UNSEALING ARREST WARRANT**

Having considered the Government's Motion to Unseal Arrest Warrant for Defendant Serghei Verlan, it is ORDERED that the arrest warrant is hereby unsealed.

_____            _____
      DATE                                                 HONORABLE TIMOTHY S. BLACK
                                                            UNITED STATES DISTRICT COURT