UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:18-CR-109 (2) |
| | : | |
| vs. | : | |
| | : | Honorable Timothy S. Black |
| | : | |
| SERGHEI VERLAN, et al. | : | |

**ORDER UNSEALING ARREST WARRANT**

Having considered the Government's Motion to Unseal Arrest Warrant for Defendant Serghei Verlan, it is ORDERED that the arrest warrant is hereby unsealed.

\_\_10/29/2018_____  _____*Timothy S. Black*_____
DATE  HONORABLE TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT