UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SERGHEI VERLAN,
    Defendant.

Case No. __1:18cr109-2__
( J. Black ; M.J. Litkovitz )

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** _Luke Lavin_
Date/Time: **December 14, 2018 at 1:30 PM**

United States Attorney: _Megan Gaffney_     Defendant Attorney: _Michael Allen, retained_

[X] Initial Appearance Hearing on [] Complaint; [X] Indictment; [] Information; or [] petition for probation / supervised release [] Rule 5(c)(3) out of _____; [] pretrial release violation; [] Other matters _____
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing
[ ] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed. ____FPD or ____CJA

_Active ICE Holder in place for this ∆._

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____
[ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [X] *Indictment or* [] *Information or* [] *Superseding Indictment:*
Defendant waives reading of: [X] Indict    [ ] Info    [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [X] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge _Black_
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: