AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2018 JUL 25 PM 3: 24

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States of America
v.

SERGHEI VERLAN

*Defendant*

)
)
) Case No. 1:18-cr-00109(2)
)
)
)
)

2018 DEC 31 AM 11: 03
FILED
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  SERGHEI VERLAN                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Participate in Racketeering Activity

[SEE ATTACHED INDICTMENT]

Date:  7/25/2018

*Issuing officer's signature*

City and state:  CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7-25-18, and the person was arrested on *(date)* 12-13-18
at *(city and state)* Miami FL

Date: 12-14-18

*Arresting officer's signature*

Brian Christ  SA
*Printed name and title*