# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**SERGHEI VERLAN (2)**
**PHYLLIS RICCI QUINCONES (3)**
**IEVGEN KARIAKA (6)**
**AKHLIDDIN KALONOV (7)**
**JESSICA MARTIN (11),**

    **Defendants.**

**Case No. 1:18-cr-109**
**JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Preliminary Pretrial Conference by telephone on January 12, 2021, at 12:30 p.m. before Judge Douglas R. Cole. The Government advised the Court that it is engaged in plea negotiations with Defendants Verlan, Quincones, Kalonov, and Martin and that Defendant Kariaka is still working through the voluminous discovery. The parties requested a 60-day continuance to allow counsel for Verlan, Quincones, Kalonov, and Martin an opportunity to continue plea negotiations and counsel for Kariaka to further review the discovery and determine how to proceed. After discussion, the parties agreed to a Telephone Status Conference on March 24, 2021, at 12:30 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy

trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendants Verlan, Quincones, Kalonov, and Martin from exploring a possible resolution of the matter and would prevent Defendant Kariaka from reviewing the discovery and determining how to proceed, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from January 12, 2021, until March 24, 2021, is properly, and shall be, excluded from the speedy trial calculation.

    **SO ORDERED.**

January 12, 2021
**DATE**

    **DOUGLAS R. COLE**
    **UNITED STATES DISTRICT JUDGE**