# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**SERGHEI VERLAN,**

    Defendant.

Case No. 1:18-cr-109-2

JUDGE DOUGLAS R. COLE

## ORDER APPOINTING COUNSEL

This cause comes before the Court on Attorney Michael K. Allen's Motion to Withdraw as Trial Attorney for Defendant Serghei Verlan (Doc. 174). For good cause shown, this Court **GRANTS** the Motion, **TERMINATES** Michael K. Allen as counsel for the Defendant, and **APPOINTS** as counsel Criminal Justice Act Panel member Paul M. Laufman of Laufman & Napolitano, LLC at 4310 Hunt Road, Cincinnati, OH 45242.

    **SO ORDERED.**

February 18, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**