**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      Plaintiff,

   v.

**SERGHEI VERLAN (2)**
**IEVGEN KARIAKA (6)**
**AKHLIDDIN KALONOV (7)**
**JESSICA MARTIN (11),**

      Defendants.

**Case No. 1:18-cr-109**
**JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Telephone Status Conference on March 24, 2021, at 12:30 p.m. before Judge Douglas R. Cole. The Government advised the Court that they are engaged in plea negotiations with Defendant Kalonov, that Defendant Martin has signed a plea agreement that should be filed soon, that counsel for Defendant Kariaka is meeting with the Government next week about potential resolution of the matter, and that they are working on providing remaining discovery to new counsel for Defendant Verlan. Counsel for Defendant Kalonov requested an 8-week continuance to engage in additional plea negotiations. Counsel for the other defendants joined in the motion. Change of Plea for Defendant Martin set for April 28, 2021, at 2:00 p.m. by video conference. Telephone Status Conference for Defendants Verlan, Kariaka, and Kalonov set for May 19, 2021, at 1:00 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendants Kariaka and Kalonov from exploring a possible resolution of the matter, would prevent Defendant Martin from finalizing plea negotiations, and would prevent Defendant Verlan from reviewing the discovery and determining how to proceed, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from March 24, 2021, until May 19, 2021, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

March 24, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**