**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**SERGHEI VERLAN (2)**
**IEVGEN KARIAKA (6)**
**AKHLIDDIN KALONOV (7),**

    **Defendants.**

**Case No. 1:18-cr-109**
**JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Telephone Status Conference on May 19, 2021, at 1:00 p.m. before Judge Douglas R. Cole. The Government advised the Court that it is engaged in plea negotiations with Defendants Kariak and Kalonov and that it has provided discovery to counsel for Defendant Verlan. Counsel for Defendant Kariaka requested a 30-day continuance to engage in further plea negotiations. Counsel for the other defendants joined in the motion. Telephone Status Conference set for June 18, 2021, at 12:30 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendants Kariaka and Kalonov from exploring a possible resolution of the matter and would prevent Defendant Verlan from reviewing the discovery and

determining how to proceed, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from May 19, 2021, until June 18, 2021, is properly, and shall be, excluded from the speedy trial calculation.

    **SO ORDERED.**

May 19, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**