# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

                                     **Case No. 1:18-cr-109**

    **v.**                             **JUDGE DOUGLAS R. COLE**

**SERGHEI VERLAN (2)**
**AKHLIDDIN KALONOV (7),**

       **Defendants.**

## ORDER

This cause came before the Court for a Telephone Status Conference on June 19, 2021, at 1:00 p.m. before Judge Douglas R. Cole. The Government advised the Court that advised the Court that a plea agreement has been filed as to Defendant Kariaka, it is engaged in plea negotiations with Defendant Kalonov, and that Defendant Verlan appears to be headed to trial. Counsel for Defendant Verlan requested a 60-day continuance to further review discovery and meet with his client. Counsel for Defendant Kalonov joined in the motion. Change of Plea hearing for Defendant Kariaka set for June 22, 2021 at 11:00 a.m. in Courtroom 822. Telephone Status Conference for Defendants Verlan and Kalonov set for August 17, 2021, at 12:30 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy

trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendant Kalonov from exploring a possible resolution of the matter and would prevent Defendant Verlan from reviewing the discovery and determining how to proceed, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from June 18, 2021, until August 17, 2021, is properly, and shall be, excluded from the speedy trial calculation.

      **SO ORDERED.**

June 18, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**