## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                  **Case No. 1:18-cr-109**

    **v.**                             **JUDGE DOUGLAS R. COLE**

**SERGHEI VERLAN (2)**
**AKHLIDDIN KALONOV (7),**

      **Defendants.**

### ORDER

This cause came before the Court for a Telephone Status Conference on August 17, 2021, at 12:30 p.m. before Judge Douglas R. Cole. The Government advised the Court that it is engaged in continued plea negotiations with Defendant Kalonov, and that Defendant Verlan is headed to trial. Counsel for Defendant Verlan requested a continuance to prepare for trial. Telephone Status Conference for Defendants Verlan and Kalonov set for October 19, 2021, at 12:30 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendant Kalonov from exploring a possible resolution of the matter and would prevent Defendant Verlan from preparing for trial, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the

continuance and also finds the period of time elapsing from August 17, 2021, until October 19, 2021, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

August 17, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**