# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

   v.

**SERGHEI VERLAN (2)**
**AKHLIDDIN KALONOV (7),**

      Defendants.

**Case No. 1:18-cr-109**

**JUDGE DOUGLAS R. COLE**

## CALENDAR ORDER

This matter shall proceed as follows:

| | |
|---|---|
| Pretrial Motions, including Motions *In Limine* | **February 17, 2022** |
| Proposed Jury Instructions & Verdict Forms[1] | **February 21, 2022** |
| Responses to Pretrial Motions | **March 3, 2022** |
| Objections to Proposed Jury Instructions & Verdict Forms | **March 7, 2022** |
| Trial Briefs (if any) | **March 8, 2022** |
| Proposed Witness Lists & Exhibit Lists[2] | **March 9, 2022** |
| Replies to Pretrial Motions | **March 10, 2022** |
| Exhibit Binders[3] | **March 22, 2022** |

---

[1] Proposed jury instructions and verdict forms must be filed on the docket **and** also emailed in Word format to Chambers at Cole_Chambers@ohsd.uscourts.gov.

[2] Proposed witness and exhibit lists must be emailed, **in Word format**, to Chambers at Cole_Chambers@ohsd.uscourts.gov, and **may be submitted** *ex parte*. To the extent possible, please list witnesses in the anticipated order of presentation.

[3] The Court requires: (1) the original set of all exhibits (witness' exhibit binder); (2) one complete hard-copy set of all exhibits (Judge Cole's courtesy exhibit binder); and (3) one set of all exhibits in electronic format, saved to a USB flash drive or sent in a zip file via email to Cole_Chambers@ohsd.uscourts.gov (law clerk's exhibit binder). The original and Judge's

| | |
|---|---|
| Final Pretrial Conference | **March 22, 2022, at 12:30 p.m.**<br>Courtroom to be determined |
| Jury Trial | **April 5, 2022, at 9:30 a.m.**<br>Courtroom to be determined |

The Defendants requested a continuance of this case through the trial date set forth above. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would deprive the defendants of the opportunity to file motions and prepare for trial, and thus likely would result in a miscarriage of justice.

Based on the foregoing, the Court finds the period of time elapsing from October 19, 2021, until April 5, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

October 19, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

---

copy of the exhibits must be pre-marked and organized sequentially in tabbed, three-ring binders. All three sets must be delivered to Chambers in Room 810. Counsel will not be permitted to add or change any exhibits after the deadline, unless counsel provides the Court with the new or amended exhibits, in all three formats, and amended exhibit lists, before the Court reconvenes.