# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**SERGHEI VERLAN,**

    Defendant.

Case No. 1:18-cr-109-2
JUDGE DOUGLAS R. COLE

## ORDER

This cause came before the Court for a Telephone Status Conference on February 18, 2022, at 12:45 p.m. before Judge Douglas R. Cole. Counsel for Defendant requested a continuance to prepare for trial. Telephone Status Conference set for April 7, 2022, at 1:00 p.m. There were no objections to the speedy trial clock being tolled through the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent Defendant's counsel from adequately preparing for trial, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from February 18, 2022, until April 7, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

February 18, 2022
**DATE**

*[signature]*

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**