# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                               **Case No. 1:18-cr-109-2**
                                              **JUDGE DOUGLAS R. COLE**

**SERGHEI VERLAN,**

    **Defendant.**

## CALENDAR ORDER

This matter shall proceed as follows:

| | |
|---|---|
| Pretrial Motions, including Motions *In Limine* | **August 19, 2022** |
| Proposed Jury Instructions & Verdict Forms[1] | **August 24, 2022** |
| Responses to Pretrial Motions | **September 2, 2022** |
| Objections to Proposed Jury Instructions & Verdict Forms | **September 7, 2022** |
| Trial Briefs (if any) | **September 8, 2022** |
| Proposed Witness Lists & Exhibit Lists[2] | **September 9, 2022** |
| Replies to Pretrial Motions | **September 12, 2022** |
| Exhibit Binders[3] | **September 19, 2022** |

---

[1] Proposed jury instructions and verdict forms must be filed on the docket **and** also emailed in Word format to Chambers at Cole_Chambers@ohsd.uscourts.gov.

[2] Proposed witness and exhibit lists must be emailed, **in Word format**, to Chambers at Cole_Chambers@ohsd.uscourts.gov, and **may be submitted** *ex parte*. To the extent possible, please list witnesses in the anticipated order of presentation.

[3] The Court requires: (1) the original set of all exhibits (witness' exhibit binder); (2) one complete hard-copy set of all exhibits (Judge Cole's courtesy exhibit binder); and (3) one set of all exhibits in electronic format, saved to a USB flash drive or sent in a zip file via email to Cole_Chambers@ohsd.uscourts.gov (law clerk's exhibit binder). The original and Judge's copy of the exhibits must be pre-marked and organized sequentially in tabbed, three-ring

| | |
|---|---|
| Final Pretrial Conference | **September 19, 2022, at 1:00 p.m.**<br>Courtroom 822 |
| Jury Trial | **October 11, 2022, at 9:30 a.m.**<br>Courtroom to be determined |

The Defendant requested a continuance of this case through the trial date set forth above. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and Defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would deprive the Defendant of the opportunity to file motions and prepare for trial, and thus likely would result in a miscarriage of justice.

Based on the foregoing, the Court finds the period of time elapsing from March 10, 2021, until October 11, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

March 10, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

---

binders. All three sets must be delivered to Chambers in Room 810. Counsel will not be permitted to add or change any exhibits after the deadline, unless counsel provides the Court with the new or amended exhibits, in all three formats, and amended exhibit lists, before the Court reconvenes.