# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SERGHEI VERLAN,

      Defendant.

Case No. 1:18-cr-109-2

JUDGE DOUGLAS R. COLE

## CRIMINAL MINUTES: CHANGE OF PLEA ON INDICTMENT

Defendant appeared with counsel Paul Laufman

Defendant arraigned and specifically advised of rights

Defendant pled GUILTY to Count 1

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Defendant remanded to the custody of the U.S. Marshal

**Judge:** Douglas R. Cole

**Courtroom Deputy:** Scott Lang

**Court Reporter:** Sue Lopreato-Official

**Date:** August 23, 2022