Serghei Verlan
c/o 705 Hanover St
Hamilton OH 45011

In the United States District Court for the Southern District of Ohio

| | |
|---|---|
| United States of America<br>Plantiff,<br><br>vs<br><br>Serghei Verlan<br>Defendant | Case No.<br>1:18-cr-0109<br>Request for property and money return<br>Rule 41(e) |

Comes now Defendant Serghei Verlan Requests the court to Order the government to return 3960 $ (dollars) and the following personal property:
This is what I witnessed during extradition:
1) Passport
2) Birth Certificate
3) Driver Licence
4) Brand new cell phone Samsung Note 8

5) Used Samsung Note 8
6) Sunglasses Dita in original case
7) Sunglasses grey collor with staing
8) Sunglasses grey collor with metal frame and plastic coverage
9) Medallion
10) Used cellphone LG
11) Hard drive silver
12) Wallet
13) Suitcase Samsonite
14) Hand bag Blue with leather handles
15) Black leather bag pack
16) Missoni Green sandals
17) Brown and black leather sandals
18) Black t shirt Cavalli
19) Black t shirt #2 Cavalli
20) Blue t shirt #3 Cavalli
21) Buffalo t-shirt purple
22) Buffalo t-shirt Green
23) Shorts green
24) Shorts yellow
25) Shorts burgundy

26) T shirt green
27) Grey handbag

Other items I can not recollect to be Found in posession of US Government

Shipping and mailing address:

Stanislav Verlan
20419 Windsor Trace Ln,
Richmond, TX 77407

Respectfully submited on:
December 22, 2022
by:
Serghei Verlan



Christina Marie Oleary
Notary Public, State of Ohio
My commission expires
August 31, 2027.

Your Honor!

Thank You for the opportunity to state my opinion during sentencing hearing.
There is one more personal issue I didn't have chance to address.
No one's money or personal goods were seized, but mine.
In addition to property listed in motion there are other belongings I had on me. Over 4000 $ worth shoes, jackets, other items were taken by Panamanian police. I did not commit any crime in Panama. During extradition hand over I addressed this issue with agents, which convoyed me. They told me they will not deal with it. Please help me to return money and property listed in motion.

I have been in custody for over 51 month. I paid lawyer in Republic of Panama to proceed with my voluntary expedited extradition. I paid MK Allen 25000. He did not complete my representation and withdraw himself, more, he did not provide me with any discovery. I filed compaint with Cincinnati Bar Association, trying to obtain refund. I appealed their decision in Supreme Court of Ohio. They denied. They told me case is complex. There is nothing wrong with not providing discovery in 27 months. At that time defendant Shuklin signed his Plea Agreement. They told me it is a Civil matter.
Jail has poor nutrition and high food prices. Phone calls almost 5$. International 1$ a minute.
Please see attached prove of e-mail of discovery negotiations after 38 months

I have been in custody for over 51 month. I paid lawyer in Republic of Panama to proceed with my voluntary expedited extradition. I paid MK Allen 25000. He did not complete my representation and withdraw himself, more, he did not provide me with any discovery. I filed compaint with Cincinnati Bar Association, trying to obtain refund. I appealed their decision in Supreme Court of Ohio. They denied. They told me case is complex. There is nothing wrong with not providing discovery in 27 months. At that time defendant Shuklin signed his Plea Agreement. They told me it is a Civil matter.

Jail has poor nutrition and high food prices. Phone calls almost 5$. International 1$ a minute.

Please see attached prove of e-mail of discovery negotiations after 38 months

As I mentioned all my shoes and warm clothes were taken by Panamanian Police and never returned.

I am destitute, I have no money to start my new life and buy basics.

Please help me to obtain rest of my property and money, which are now in posession of US Government.

Thank You!

Sincerely,

Serghei Verlan

12/20/22



Christina Marie Oleary
Notary Public, State of Ohio
My commission expires
August 31, 2027.