**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CASE NO: 1:18-CR-109-(2) |
| v. | : | |
| | : | JUDGE COLE |
| SERGHEI VERLAN, | : | |
| | : | |
| Defendant. | : | |

**WITHDRAWAL OF MOTION FOR ORDER TO APPLY MONIES HELD**
**BY THE FEDERAL BUREAU OF INVESTIGATION**
**FOR PAYMENT OF RESTITUTION JUDGMENT (DOC.NO. 283)**

Plaintiff, United States of America, hereby withdraws its *Motion For Order To Apply Monies Held By The Federal Bureau Of Investigation For Payment Of Restitution Judgment* filed on February 1, 2023 (Doc. No. 283).  Defendant is correct that the motion is premature as the amount of restitution has yet to be determined in this case.   Plaintiff will refile its motion once the restitution order has been finalized.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Bethany J. Hamilton
BETHANY J. HAMILTON(0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5240
Email: Bethany.Hamilton@usdoj.gov

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Clerk of the Court on **March 9, 2023** using the CM/ECF system which will send notification of such filing to the parties listed below:

Paul Montague Laufman, Attorney for Defendant
Laufman & Napolitano, LLC
4310 Hunt Road
Cincinnati, OH 45242

                                                s/Bethany J. Hamilton
                                                BETHANY J. HAMILTON(0075139)
                                                Assistant United States Attorney