Serghei Verlan
c/o FCI Elkton
PO Box 10
Lisbon, Ohio 44432

6/28/2023

Potter Steward US Courthouse
100 E Fifth Street
Cincinnati, OH 45202

Re: Documents, Belongins, Money

Honorable Judge Cole:

I have less than 2 months of my sentence left. I still don't have my documents and what is left from my belongings. Most of them were stolen while they were in posession of authorities. I attached email stating that.

As you know I am citizen of Republic of Moldova. This is the poorest country in Europe, which is also very closed to war zone.

After I go through immigration process I will get there in cold time of the year. Unemployed, no clothes, no shoes, no means. My father's retirement is 150 dollars a month.

Please regard me with favour and help me to get my documents, belongings and money held by authorities.

I want to thank Court for appointing Paul Laufman. He is a very conscientious man. Until today he does his best to help me to obtain my property. As you can conclude we have no success.

Thank You!



**Paul Laufman**

| | |
|---|---|
| **From:** | Singer, Matthew (USAOHS) <Matthew.Singer@usdoj.gov> |
| **Sent:** | Tuesday, April 18, 2023 3:16 PM |
| **To:** | Paul Laufman |
| **Subject:** | RE: U.S. v. Serghei Verlan; The end of the road approaches ... |

Paul,

Nice talking to you. As we discussed, here is a list of the property in the government's possession:

| | |
|---|---|
| Passport (issued by Moldova) | FBI - Cincinnati Evidence Room |
| Birth certificate (issued by USSR) | FBI - Cincinnati Evidence Room |
| Samsung Note 8 cell phone (brand new in package) | FBI - Cincinnati Evidence Room |
| Samsung Note 8 cell phone | FBI - Cincinnati Evidence Room |
| LC cell phone | FBI - Cincinnati Evidence Room |
| Sunglasses (Dita brand) | FBI - Cincinnati Evidence Room |
| Sunglasses with neck strap | FBI - Cincinnati Evidence Room |
| Sunglasses (metal frames with plastic) | FBI - Cincinnati Evidence Room |
| Silver coin medallion on chain | FBI - Cincinnati Evidence Room |
| Portable hard drive containing photographs | FBI - Cincinnati Evidence Room |
| Small wallet | USDOT never received; checking with Cincinnati FBI |
| Samsonite suitcase | Suitcase was stolen from a storage unit that was rented by US OIG |
| Carry on bag (Armani, blue) | Never in the possession of the government |
| Black leather back pack | Never in the possession of the government |
| 2 pair sandals (one green, one brown and black) | Suitcase was stolen from a storage unit that was rented by US OIG |
| Miscellaneous clothing (shirts, pants, shorts, etc.) | Suitcase was stolen from a storage unit that was rented by US OIG |
| Cash - $3,984.18 | FBI - Cincinnati Evidence Room |
| Case - $10.00 | USDOT - OIG Chicago Evidence Room |

Aside from the cash, which is subject to restitution, we will provide the other property in the government's possession to your client. Please let us know how best to do so. ==As we discussed, the suitcase and its contents were stolen from a storage facility being rented by the USDOT.==

Please call with any questions.

Matt

**From:** Paul Laufman <PLaufman@ln-lawfirm.com>
**Sent:** Monday, April 17, 2023 3:15 PM
**To:** Singer, Matthew (USAOHS) <MSinger@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Serghei Verlan; The end of the road approaches ...

1

## ACKNOWLEDGEMENT CERTIFICATE

State of Ohio, County of _Columbiana_

The foregoing instrument was acknowledged before me on this _June 29, 2023_ (date) by _Serghei Verlan_ (name of person acknowledging).

(Notary Seal)

_____
Signature of Notary Public – State of Ohio

My commission expires: _04.06.2026_
                                             (date)

D. Teschke
Notary Public
State of Ohio
My Commission Expires
04.06.2026

NAME Serghei Verlan
REG.# 77963061
Federal Correctional Institution Elkton
P. O. BOX 10
Lisbon, OH 44432

Honorable Judge Cole
Potter Stewart US Courthouse
100 E Fifth Street
Cincinnati, OH 45202

CLEVELAND OH 440
13 JUL 2023 PM 2 L