Generated: Oct 10, 2025 2:00PM



# U.S. District Court

## Ohio Southern - Cincinnati

Receipt Date: Oct 10, 2025 2:00PM

FBI

| Rcpt. No: 100006106 | | Trans. Date: Oct 10, 2025 2:00PM | | | Cashier ID: #BC (2328) | |
|---|---|---|---|---|---|---|
| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
| 700 | Criminal Debt | DOHS118CR000109 /002 SERGHEI VERLAN | 1 | 3983.33 | 3983.33 |

| CD | Tender Type | | | Amt |
|---|---|---|---|---|
| PC | Paper Check Conversion | #4886946 | 10/9/2025 | $3,983.33 |
| | | | Total Due Prior to Payment: | $3,983.33 |
| | | | Total Tendered: | $3,983.33 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.